**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ramiro OCHOA–ENCINAS,
Defendant—Appellant.**

**No. 08–10186.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009 *.

Filed Oct. 9, 2009.

John Robert Lopez, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Ramiro Ochoa–Encinas, Florence, AZ, pro se.

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ramiro Ochoa–Encinas appeals from his guilty-plea conviction and 48–month sentence for attempted re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ochoa–Encinas' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.